AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)  ☐ Original  ☐ Duplicate Original

**LODGED**
CLERK, U.S. DISTRICT COURT
08/09/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ____DVE____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT
08/09/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ____KH____ DEPUTY

United States of America

v.

AGUSTIN ERIC GAZGA MEDEL," aka "Agustin Medel," aka Agustin Gazga Medel,"

Defendant

Case No. 8:21-mj-00546-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of <u>February 8, 2020</u> in the county of Orange in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§1326(a); (b)(1) | Illegal Alien Found in the United States Following Deportation or Removal |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

JARED BROMBERG
Deportation Officer, DHS
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 8/9/2021

/s/ Autumn D. Spaeth
Judge's signature

A F F I D A V I T

IN SUPPORT OF COMPLAINT AND ARREST WARRANT

FOR VIOLATION OF 8 U.S.C. § 1326

I, Jared Bromberg, being duly sworn, do hereby depose and say:

1. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since June 2009. I am currently assigned to the Los Angeles Enforcement and Removal Operations ("ERO") Unit, Santa Ana office. Prior to working as a DO with ICE, I worked as an Immigration Enforcement Agent with ICE since February 2007. Prior to working for ICE, I worked as a Customs and Border Protection Officer with United States Customs and Border Protection ("CBP") since July 2004. Prior to working for CBP, I worked as an Immigration Inspector for INS since August 2002.

2. This affidavit is made in support of a complaint and arrest warrant against AGUSTIN ERIC GAZGA MEDEL," also known as ("aka") "Agustin Medel," aka Agustin Gazga Medel," (GAZGA) charging a violation of Title 8, United States Code, Section 1326(a),(b)(1) (Illegal Alien Found in the United States

Following Deportation or Removal).  The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses.  This affidavit is intended to show that there is probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of, or investigation into, this matter.

     3.   On or about February 8, 2020, the ICE Pacific Enforcement Response Center ("PERC") received information that GAZGA had recently been encountered in Orange County, California.  Upon review of the information received, the PERC determined that GAZGA was previously removed from the United States.  On or about February 13, 2020, GAZGA was released from the custody of the Orange County Sheriff's Department.

     4.   Based upon the information provided by the PERC, a preliminary records check of the DHS database was conducted which revealed Alien File Number ("A-File") A205 320 220 is assigned to GAZGA.  An "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States.  The A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by DHS (or INS) with respect to the subject alien for whom the A-File is maintained.  Further

records checks revealed that GAZGA was previously deported to Mexico.

5. On or about August 18, 2020, I received a certified booking photograph of GAZGA taken by the Orange County Sheriff's Department upon his February, 2020 arrest.

6. On or about August 19, 2020, I obtained and reviewed a printout of the data from the California Criminal Identification Information ("CII") and the Federal Bureau of Investigation ("FBI") Identification Record for GAZGA, the individual who is the subject of this affidavit and who was released from the custody of the Orange County Sheriff's Department. I compared the data on the CII and FBI to that found in the INS Central Index System ("CIS") under the assigned A-File, which I believe is GAZGA's alien number. I also compared the data from the CII, FBI, and CIS records to printouts of the CII, FBI, and CIS records contained in the A-File. I found that the data from the CII, FBI, and CIS records contained in the A-File contain the same Federal Bureau of Investigation identification number that is found in the CII, FBI, and CIS records that I obtained. In addition, the CII printout I obtained reflects the convictions that are described below. Based on this review, I believe that GAZGA is the same person who incurred the convictions described below and who was ordered deported and/or removed as described

in the A-File.

    7.    On or about August 19, 2020, I reviewed Alien File Number A205 320 220 ("A File"), which is maintained for subject alien GAZGA. A review of GAZGA's A-File revealed the following information and documents:

    a.    Photographs of the alien subject to whom A-File A205 320 220 corresponds. I compared these photographs to the booking photograph of GAZGA obtained from the Orange County Sheriff's Department. These photographs appear to depict the same person. Thus, I believe that A-File A205 320 220 and its contents correspond to GAZGA.

    b.    A Record of Deportable/Inadmissible Alien (I-213), which indicated that Orange County Deputy Sheriff Hector Martinez interviewed GAZGA on or about April 6, 2013, at the Orange County Jail in Orange County, California.

    c.    A Notice and Order of Expedited Removal showing that GAZGA was ordered removed from the United States to Mexico by Efren Sigala, Watch Commander, on or about July 7, 2013.

    d.    An executed Notice to Alien Ordered Removed/Departure Verification indicating that GAZGA was officially removed and deported from the United States to Mexico on or about July 11, 2013, at the Port of Entry San Luis, Arizona.

    e. An executed Warrant of Removal/Deportation indicating that GAZGA was officially removed and deported from the United States to Mexico on or about March 19, 2014, at the port of entry San Ysidro, California.

    f. A Notice and Order of Expedited Removal showing that GAZGA was ordered removed from the United States to Mexico by Jerry Allen, Branch Chief, on or about July 15, 2014.

    g. An executed Notice to Alien Ordered Removed/Departure Verification indicating that GAZGA was officially removed and deported from the United States to Mexico on or about July 15, 2014, at the Port of Entry San Ysidro, California.

    h. An executed Warrant of Removal/Deportation indicating that GAZGA was officially removed and deported from the United States to Mexico on or about February 23, 2016, at the port of entry San Ysidro, California.

    i. I know from my training and experience that a Warrant of Removal, Warrant of Removal/Deportation, or a Notice to Alien Ordered Removed/Departure Verification is executed each time a subject alien is removed and deported from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and/or fingerprint.  The executed Notices to Alien Ordered

Removed/Departure Verification and Warrants of Removal/Deportation in GAZGA's A-File contain his photograph, signature, and fingerprint.

        j.   A certified record of conviction indicating that on or about May 1, 2013, GAZGA was convicted of Unlawful Taking of Vehicle, in violation of Section 10851(a) of the California Vehicle Code, in the Superior Court of the State of California, County of Orange, Case Number 13CF1130, for which GAZGA was sentenced to 150 days of imprisonment.  On or about February 22, 2016, GAZGA was found to be in violation of his probation and was sentenced to 10 days of imprisonment.

        k.   A certified record of conviction indicating that on or about March 12, 2014, GAZGA was convicted of Second Degree Commercial Burglary, in violation of Sections 459-460(b) of the California Penal Code, in the Superior Court of the State of California, County of Orange, Case Number 13CF2410, for which GAZGA was sentenced to 120 days of imprisonment.  On or about February 22, 2016, GAZGA was found to be in violation of his probation and was sentenced to 10 days of imprisonment.

    8.   I found nothing in GAZGA's A-File that indicated that he had applied to the United States Attorney General or his designated successor, the Secretary of Homeland Security, for permission to re-enter the United States following deportation

and removal.  Based upon my knowledge, training, and experience, I believe that if any application had been made, a record would ordinarily be located in the A-File.

9.   On or about August 19, 2020, I reviewed the DHS computer indices on GAZGA.  Based on my training and experience, I know that the DHS computer indices track and document each time an alien is deported from the United States by ICE (or INS) or is granted permission to enter or re-enter the United States.  The DHS computer indices confirmed that GAZGA had been removed and deported on or about the dates indicated on the Notices to Alien Ordered Removed/Departure Verification and Warrants of Removal/Deportation found in GAZGA's A-File.  The DHS computer indices further indicated that GAZGA had not obtained permission from the Attorney General or his designated successor, the Secretary of Homeland Security, to re-enter the United States legally since GAZGA had last been deported.

10.   Based on my review of the contents of A-File A205 320 220, I determined that GAZGA is an alien, that he is a citizen of Mexico who illegally re-entered the United States without permission.

11.   On or about September 2, 2020, I submitted a complaint and affidavit, detailing the above information, and I sought an arrest warrant for GAZGA.  That same day, United States

7

Magistrate Judge Douglas F. McCormick issued an arrest warrant for GAZGA. (No. 8:20-mj-00600-DUTY)

12. On or about June 17, 2021, authorities in the Eastern District of California arrested GAZGA on the warrant issued in 8:20-mj-00600-DUTY. GAZGA's initial appearance occurred before a magistrate judge in the Eastern District of California on or about June 21, 2021. On or about June 23, 2021, a judge ordered GAZGA detained and transferred to the Central District of California.

13. On or about July 23, 2021, GAZGA has his initial appearance in the Central District of California and appeared before United States Magistrate Judge John D. Early. At that point, due to a lapse in communication, GAZGA had not been indicted or appeared at a preliminary hearing. Because of the lack of a preliminary hearing, Judge Early ordered GAZGA released on his own recognizance.

14. On or about July 26, 2021, the government filed a motion to dismiss the complaint without prejudice, and Judge Early granted the motion on or about July 27, 2021. I understand that, despite the above, case law allows for subsequent charges where the "first complaint was properly dismissed without prejudice." United States v. Pena-Carrillo, 46 F.3d 879, 882 (9th Cir. 1995).

15. Based upon the information indicated above, including the Notices and Order of Expedited Removal, Notices to Alien Ordered Removed/Departure Verification, Warrants of Removal/Deportation, copies of conviction documents, a booking photograph taken in the United States after the date of removal, and the absence of an application to re-enter the United States, I have probable cause to believe that AGUSTIN ERIC GAZGA MEDEL is in violation of Title 8, United States Code, Section 1326(a), (b)(1) (Illegal Alien Found in the United States Following Deportation or Removal).

_____/s/_____
Jared Bromberg, Deportation Officer
U.S. Immigration & Customs Enforcement

Attested to by the applicant in
accordance with the requirements
of Federal Rule of Criminal
Procedure 4.1 by telephone on this
 9th  day of August, 2021.


___/s/ Autumn D. Spaeth_____
HONORABLE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE

9

City and state: Santa Ana, California

U.S. Magistrate Judge
*Printed name and title*